IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 05-324
)
MAMADOU DIALLO )

### ORDER OF COURT

AND NOW, to-wit, this 1st day of March, 2006, upon consideration of the Defendant's Motion to Authorize Release of Passport, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED;

IT IS FURTHER ORDERED that the Office of Pre-Trial Services release, to Mr. Diallo, his passport on March 1, 2006;

IT IS FURTHER ORDERED that Mr. Diallo return that passport to the Office of Pre-Trial Services in Indianapolis no later than 10:00 AM on March 3, 2006.

_____
Lisa Pupo Lenihan
United States District Magistrate Judge

cc: Counsel of Record